# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

―――――――――――――――――――――――――――――

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 12, 2024

**BY ECF**

Duty Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> Application granted.
>
> Date: 12/12/2024
> New York, NY    SO ORDERED
>
> /s/ Robyn Tarnofsky
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Re:   **United States v. Ghislaine Barrientos**
      **24-MAG-3475 (UA)**

Dear Duty Magistrate:

    Ghislaine Barrientos, through undersigned counsel, respectfully moves the Court for an order granting her permission to travel to the District of Massachusetts on December 27, 2024, and to return the evening of December 28, 2024. If granted permission, Ms. Barrientos would be traveling by car to visit and stay with her godfather, and to attend a religious ceremony.

    Undersigned counsel has conferred with both pretrial services and the government about this request. Neither the government nor pretrial services has any objection to Ms. Barrientos' request to travel. Accordingly, Ms. Barrientos asks the Court to grant her request.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791