```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                :
                                         :
         -against-                       :
                                         :
GHISLAINE BARRIENTOS,                    :      1:24-mj-3475
                                         :
              Defendant.                 :      ORDER
------------------------------------------------------------ X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/23/2024

GREGORY H. WOODS, United States District Judge:

    A proceeding in this matter will take place on January 8, 2025 at 3:00 p.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

    SO ORDERED.

Dated: December 23, 2024

                                                           GREGORY H. WOODS
                                                United States District Judge